IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**DETRICH DEMOND WALLER,**<br>Defendant | **NO. 5: 99-CR-88 (HL)**<br><br>RE: VIOLATION OF SUPERVISED RELEASE |

## ORDER ON PRELIMINARY EXAMINATION AND FOR DETENTION

**SUPERVISED RELEASEE DETRICH DEMOND WALLER** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was represented by Ms. Catherine Michelle Leek of the Federal Defenders Office; the United States was represented by Assistant United States Attorney Tamara Jarrett.

Upon consideration of the testimony of Officers Frank Day, Jr. and Carl Adams of the Eatonton, Georgia Police Department, the undersigned finds PROBABLE CAUSE to believe that the allegations set forth in the PETITION FOR ACTION ON SUPERVISED RELEASE filed on January 21, 2010, have been committed as set forth in said petition. Thus, the undersigned finds that probable cause exists that **DETRICH DEMOND WALLER** did violate conditions of supervised release as charged in said Petition.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that Mr. Waller's release from custody at this time is inappropriate. He has a history of both obstructive behavior toward law enforcement officers and dealing in illegal drugs. The conviction in this court in 2000 for POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE forms the basis for his supervised release; evidence has established that he possessed some 31 bags of marijuana when taken into custody in Putnam County on January 16, 2010. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the Honorable Hugh Lawson district judge, for a FINAL HEARING as directed by Judge Lawson. The Clerk of Court is directed to forward this order and the within file to Judge Lawson for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 26th day of January, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE